Case 3:15-cr-00029-N   Document 1   Filed 01/21/15   Page 1 of 5   PageID 1

**SEALED**

ORIGINAL



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 21 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | NO. 3-15CR-029-N |
|---|---|
| v. | |
| ROGER HARRY OLSON, II (1) | |

INDICTMENT

The Grand Jury Charges:

Count One
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii))

On or about May 15, 2014, in the Dallas Division of the Northern District of Texas, **Roger Harry Olson, II**, the defendant, did knowingly possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii).

1

<u>Count Two</u>
Possession with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about May 15, 2014, in the Dallas Division of the Northern District of Texas, **Roger Harry Olson, II**, the defendant, did knowingly possess with intent to distribute gamma hydroxybutyric acid, commonly known as "GHB," a controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

## Forfeiture Notice
## (21 U.S.C. § 853(a))

Upon conviction for the offense alleged in Count One or Count Two of this Indictment and pursuant to 21 U.S.C. § 853(a), **Roger Harry Olson, II**, the defendant, shall forfeit to the United States of America all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

A TRUE BILL

_____
FOREPERSON

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_____
LARA L. BURNS
Special Assistant United States Attorney
Louisiana Bar Roll No. 24987
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8614
Fax: 214-659-8809

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

ROGER HARRY OLSON, II

---

SEALED INDICTMENT

21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii)
Possession with Intent to Distribute a Controlled Substance

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Controlled Substance

21 U.S.C § 853 (a)
Forfeiture Notice

2 Count (s)

---

A true bill rendered

_____    _Angela Beand_____    FOREPERSON
DALLAS                                                                                         

Filed in open court this 21st day of January 2015.

_____ Clerk

Warrant to be Issued

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
No Criminal matter pending