SEARCH WARRANT

THE STATE OF TEXAS        { }
                          { }
COUNTY OF DALLAS          { }

THE STATE OF TEXAS TO THE Sheriff or any Peace Officer of Dallas County, Texas or any Peace Officer of the State of Texas.

GREETING:

   WHEREAS, the Affiant whose name appears on the Affidavit attached hereto is a Peace Officer under the laws of Texas and did heretofore this day subscribe and swear to said Affidavit before me (which said Affidavit is here now made a part hereof for all purposes), and whereas I find that the verified facts stated by Affiant in said Affidavit show that Affiant has probable cause for the belief he expresses therein and establishes existence of proper grounds for issuance of this Warrant;

NOW, THEREFORE, you are commanded to enter the suspected place and premises described in said Affidavit and to there search for the personal property described in said Affidavit and to seize same and bring it before me.  And, you are commanded to arrest and bring before me each person described and accused in said Affidavit.  Herein fail not, but have you then and there this Warrant within three days, exclusive of the day of its issuance and exclusive of the day of its execution, with your return thereon, showing how you have executed the same.

ISSUED AT __3:19__ o'clock _pm_, on this the __14__ day of __May__, 20_14_ to certify which witness my hand this day.   ___/s/ Galbraith___
                                                                   MAGISTRATE

1



```
THE STATE OF TEXAS        { }
                          { }   AFFIDAVIT SEARCH AND
                          { }   SEIZURE WARRANT
COUNTY OF DALLAS          { }
```

The undersigned Affiant, being a peace officer under the laws of Texas and being duly sworn, on oath makes the following statements and accusations:

1.  THERE IS IN DALLAS COUNTY, TEXAS, A SUSPECTED VEHICLE DESCRIBED AS FOLLOWS:

A gray colored 2008 Mercedes Benz C350, (Texas Tag ███████) VIN: ███████████████), 4 door, registered to:

Roger Harry Olson II
████████████████
Dallas TX 75202

2.  THERE IS AT SAID SUSPECTED VEHICLE PERSONAL PROPERTY CONCEALED AND KEPT AND SUBJECT TO SEIZURE UNDER THE LAWS OF TEXAS AND DESCRIBED AS FOLLOWS:

MOMO Italy, Part # NF80850840B, NEXT 8 X 18 5; 108 ET 40 BLACK Rims; along with checking the inside of this vehicle for the wheel lock key (aka Tuner) that unlocks the lug nuts from the wheel.

3.  SAID SUSPECTED VEHICLE IS IN CARE, CUSTODY AND CONTROL OF EACH OF THE FOLLOWING PERSONS:

Roger Harry Olson II w/m ███████

4.  AFFIANT HAS PROBABLE CAUSE FOR SAID BELIEF BY REASON OF THE FOLLOWING FACTS:

On 10-14-2013 at 10:33 am, the complainant, J████ D██████ of ███████████████ Garland, Dallas County, Texas, called the Garland Police service desk to report that on October 3, 2013, an unknown suspect(s) order four tires, valued at $786.42, from Victoria Tire Center in Huntington Park, California, via telephone order. The suspect used D██████'s American Express credit card account card number: ████████████████ to make the purchase. After checking with American Express, D██████ learned that UPS was to deliver the tires to her residence, for a G██████ R██████. Ms. D██████ was still in possession of her credit card. Ms. D██████ does not know who the suspect(s) are that used her credit card number without her permission to make the unauthorized purchase. The compl does wish to pursue charges.

On 10-16-13, Det Bohme called Victoria Tire Center and spoke with Mr. J██████ who advised that he received a phone call for an order of (4) wheels for a 2010 Mercedes Benz C-350 (the rims are: MOMO Italy, Part # NF80850840B, NEXT 8 X 18 5; 108 ET 40 BLK (the part # will be listed on the inside of the rims)), and used the cell phone number of ███████████ and the name of G██████ R██████. Mr. Johnson gave Det Bohme the tracking #. Det Bohme found out that the rims were not delivered to the compl's address in Garland, but re-routed to the UPS Hub in Mesquite, TX.

2

Det Bohme was able to obtain security video at UPS showing that Kerry Dwane Gregory picked up the rims, which was purchased with a stolen credit card number.

Det Bohme obtained a subpoena on the phone number of ███████████, with Metro PCS and the return shows to be the owner of: Kerry Gregory.

Det Bohme learned that Kerry Dwane Gregory is a repeat criminal offender for Credit Card Abuse, Thefts and Felony drugs.

Det Bohme was able to positively identify Kerry Dwane Gregory as the person who picked up the rims from the security video obtained at UPS.

Det Bohme obtained a probable cause warrant on Kerry Dwane Gregory on 12-13-2013 for credit card abuse. On 4-24-14, Kerry Dwane Gregory was arrested by DPD on a Credit Card abuse warrant and transported to Garland PD. Gregory had in his possession a large black metallic colored Samsung Galaxy S4.

On 4-24-14 at Det Bohme interviewed the offender, Kerry Dwane Gregory voluntarily told Det Bohme the following information:

Kerry Dwane Gregory admitted to being a part of the credit card abuse scam and had a working knowledge of who's personal identifying information was used and where.

He stated that his other friend, Roger Olson (later identified Roger Harry Olson II, w/m ███████) was the main person for the drug deals and making of the credit card scams and the person whom he went to pick up the rims for at the UPS location in Mesquite to place on his Mercedes Benz (2008, grey Mercedes C350 4 Door, license plate # CGC8802, VIN: ███████████████), which the rims are currently on his vehicle. He admitted that he has known Roger Olson long time and that Roger Olson would let him stay at his place at ███████████ in Dallas at the Metropolitan, when he did not have a place to stay and feed him and provide drugs to him. He further admitted that he was aware of Roger Olson's background of dealing with drugs and fraud with other drug dealers.

Det Bohme explained to him that he was a part of this scam due to him picking up some tires. He admitted to Det Bohme that he and Roger Olson went to a Fire Stone in his Mercedes Benz and had used Scott Brown's credit card to make the purchase for new tires to be placed on the car and had told the person that he was the brother of the owner of the car and was putting on tires as a birthday present. He stated that Roger Olson had used the name of He stated that a couple of weeks later, a lady with Fire Stone called his phone to talk to him and he hung up on her.

Det Bohme told him that Det was not talking about Fire Stone, but about him going to the UPS in Mesquite to pick up the tires. He corrected Det Bohme and stated that he had picked up some rims for Roger Olson and that he had been to three other locations, to pick up the rims since they were supposed to be delivered to a FedEx. Det Bohme told him, that the original order was to my 70 year old victim's residence in Garland. He admitted, that he did know that and that Roger Olson did not want the rims to be shipped there that was why they had the tracking number changed to a different location and they were tracking it on their phone to see where it was at.

On 4-28-14 at 11:37 am, Detectives Bohme and Skillings went to the Metropolitan Apartments (████████, Dallas) and spoke with the Asst. General manager, L████y S██████ who advised that she has had numerous complaints about the resident in ████ (Roger Olson) due to a lot of activity out of his apartment and recently a physical altercation involving him and a younger w/m in the lobby. Det Bohme inquired on the possible suspect being involved in identity theft.

Mrs. S██████ did confirm that Roger Olson does live at ████████████ along with J██ G████ according to the lease who are both renters and do not own the apartment. Det Bohme had looked up the owner of this apartment, who is a J███████ C██████, which Mrs. S█████ did confirm. Mrs. S█████ stated that she believes that J██ G████ may have moved out and does not believe that anyone else has moved in with Roger Olson. Mrs. S█████ stated that Roger Olson is assigned two parking spots (#114 and #64). Mrs. S█████ gave both Detectives Bohme and Skillings access to go and view both parking spots to see if the suspect's vehicle is located there.

Detectives Bohme and Skillings went to parking spot # 114 and was empty. Detectives Bohme and Skillings went to parking spot # 64 and observed the gray colored 2008 Mercedes Benz C350 parked faced in, (Texas Tag ~~CGC0002~~) VIN:~~WDDGF56X68R055550~~) 4 door. The Mercedes had four black colored "MOMO Corse" rims and Good Year Eagle Tires GSWR44465A T356859 GP 516 D DOT: MG2N JM1R (3412) 255/40ZR18. This information was on the outside of the tires, which Det Bohme took pictures of.

Det Bohme respectfully requests that a search and seizure warrant be issued for the gray colored 2008 Mercedes Benz C350, (Texas Tag ~~CGC0002~~) VIN: ~~WDDGF56X68R055550~~), 4 door, registered to:

Roger Harry Olson II
~~1200 Main St # 1405~~
Dallas TX 75202 (Dallas County)

To take this vehicle to the City of Garland mechanic shop so that Detective is able to verify the part # on the rims which is located inside of the rims to see if they match the MOMO Italy, Part # NF80850840B, NEXT 8 X 18 5; 108 ET 40 BLACK; along with checking the inside of this vehicle for the wheel lug nut lock key (aka Tuner) that unlocks the lug nuts from the wheel. The only allowable way to remove the rims from the vehicle is to use the wheel lock key (aka Tuner) to unlock the lug nuts from the rims.

```
Wherefore, Affiant asks for issuance of a warrant that will authorize
him to search said suspected vehicle for said personal property and
seize the same.

AGAINST THE PEACE AND DIGNITY OF THE STATE.
```

_____
Affiant

```
SUBSCRIBED AND SWORN TO ME this  14    day

of    May       , A.D. 20 14 .
```

_____
MAGISTRATE

4

RETURN AND INVENTORY

THE STATE OF TEXAS

COUNTY OF DALLAS

The undersigned Affiant, being a peace officer under the laws of Texas and being duly sworn, on oath certifies that the foregoing warrant came to hand on the day it was issued and that it was executed on the 15th day of May, 2014, by making the following described personal property:

CASE # 2013R023491, Credit Card Abuse

1. Silver, 2008 Mercedes C350, 4 door, TX Tag: CGC8802
   Vin: WDDGF56XX8R035530
2. 4-Black Momo Corse Wheels

_____ 3283
Affiant

SUBSCRIBED AND SWORN TO ME this 20th day of May A.D. 2014.

OFFICIAL SEAL
Michael O. Skillings
Notary Public
STATE OF TEXAS
My Commission Expires
November 7, 2016

_____
Notary Public in and for Dallas County, Texas

My Commission Expires: 11-7-2016