UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
|     Plaintiff § | |
| v. § | Case 3:15-CR-00029-N |
| ROGER HARRY OLSON II § | |
|     Defendant § | |

### NOTICE TO DISMISS COUNSEL

I, Roger Harry Olson II, Defendant in the above numbered case, herein provides said Notice to Dismiss Counsel, effective immediately.

Respectfully Submitted,

Roger HArry Olson II
Fed # 49151-177

CERTIFICATE OF CONFERENCE

I, Roger Harry Olson II, Defendant in case 3:15-CR-00029-N has NOT conferred with Counsel on the Motion to Dismiss Counsel, effective immediately.

Respectfully Submitted,

*Roger Harry Olson II*
Roger Harry Olson II
Fed # 49151-177

Date: 25 April, 2016

CERTIFICATE OF SERVICE

I, Roger Harry Olson II, Defendant in case 3:15-CR-00029-N has NOT provided written or E-Mailed communications concerning said Motion to Dismiss Counsel.

Respectfully Submitted,

*Roger Harry Olson II*
Roger Harry Olson II
Fed # 49151-177

Date: 25 April, 2016

Name ROGER H. OLSON II
Reg. No. #49151-177
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

LEGAL MAILING

APR 29 2016

NORTH TEXAS TX PDX
DALLAS TX 750
26 APR 2016 PM 5 L

75242131052

OFFICE OF THE COURT CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
1100 Commerce Str.
Dallas, TX 75245

