# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 07, 2016

Ms. Linda Robbins Langford
U.S. District Court, Northern District of Texas
1100 Commerce Street
Room 1452
Dallas, TX 75242

    No. 16-10507   USA v. Roger Olson, II
                       USDC No. 3:15-CR-29-1

Dear Ms. Langford,

We have not received your acknowledgment of the enclosed purchase order for the transcript in this case. We assume that the appellant has made the necessary financial arrangements for preparing the transcript. You have 30 days from the date we received the purchase order to file the transcript with the district court clerk. We will adjust this time only in the event financial arrangements are not complete.

If you do not file the transcript within the 30 day period, a 10% discount will be invoked. **If you require any additional time to file the transcript, you must file a motion setting out the reasons for the extension prior to the expiration of the discount date. A request for extension to file the transcript does not waive the mandatory fee reduction. You must separately request and justify your need to obtain a fee reduction waiver.**

                                                  Sincerely,

                                                  LYLE W. CAYCE, Clerk

                                                  By: _____
                                                 Melissa B. Courseault, Deputy Clerk
                                                 504-310-7701

Enclosure(s)

cc:
    Mr. James Wesley Hendrix
    Ms. Karen S. Mitchell
    Mr. Kevin Blake Ross