# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-10507
Summary Calendar

D.C. Docket No. 3:15-CR-29-1

United States Court of Appeals
Fifth Circuit
**FILED**
February 20, 2017
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

ROGER HARRY OLSON, II,

    Defendant - Appellant

Appeals from the United States District Court for the
Northern District of Texas, Dallas

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

**Certified as a true copy and issued as the mandate on Mar 14, 2017**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130**

March 14, 2017

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 16-10507   USA v. Roger Olson, II
                           USDC No. 3:15-CR-29-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Melissa V. Mattingly, Deputy Clerk
                                  504-310-7719

cc:
    Mr. James Wesley Hendrix
    Mr. Roger Harry Olson II
    Mr. Gary C. Tromblay