United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of
U.S. Magistrate Judge David L. Horan

214/753-2400

July 31, 2019

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

   Re: cases to reassign

Dear Ms. Mitchell:

  Pursuant to the provisions of 28 U.S.C. § 455, although I had no basis for disqualification or recusal at the time that I entered previous or still-pending orders or recommendations in the matters on the attached list, I would appreciate it if you would please reassign the cases on the attached list to another magistrate judge going forward for any matters that are or may be referred in accordance with the usual procedure.

            Sincerely,

            David L. Horan

3:02-cr-328-G
3:16-cv-1529-G-BN
3:04-cr-336-G
3:16-cv-1773-G-BN
3:11-cr-1-M
3:19-cv-176-M-BN
3:11-cr-339-L
3:15-cv-1653-G-BN
3:13-cr-394-L
3:16-cv-1757-L-BN
3:14-cr-183-M
3:17-cv-2158-M-BN
3:14-cr-236-D
3:15-cr-29-N
3:18-cv-1530-N-BN
3:15-cr-226-D
3:17-cv-413-D-BN
3:18-cv-1493-D-BN
3:18-cv-1756-D-BN
3:19-cv-664-D-BN
3:16-cr-242-N
3:18-cv-51-M-BN
3:18-cv-348-M-BN
3:18-cv-3220-N-BN